**UNUM LIFE INSURANCE COMPANY OF AMERICA; National Life Insurance Company of Vermont, Plaintiffs–Appellees,**

and

**Leslie Anne Roberts Sullivan, Plaintiff,**

v.

**Robert WEINFELD, M.D., Defendant–Appellant,**

**Provident Life & Accident Insurance Company, Defendant–Appellee,**

and

**Bonnie Jean Edwards, formerly known as Bonnie Jean Weinfeld; Brodsky, Greenblatt & Renehan, Chartered; Gins and Greenfeld, P.C., Defendants.**

No. 01–1276.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 11, 2001.

Robert Weinfeld, pro se. John Snowden Stanley, Jr., Semmes, Bowen & Semmes, Baltimore, MD, for appellees.

Before WIDENER, WILLIAMS,* and TRAXLER, Circuit Judges.

* Judge Williams did not participate in consideration of this case. The opinion is filed by a

PER CURIAM.

Robert Weinfeld appeals from the district court's order dismissing as moot his motion for clarification of payment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Unum Life Ins. Co. of America v. Weinfeld,* No. CA–99–1030 PJM (D.Md. Feb. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*